**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA The Bank of New York, as Trustee for the Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006; a Delaware corporation,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>NATHAN JON LEWIS,<br><br>Defendant-Appellant,<br><br>and<br><br>LEN C. PERRY, Jr.; 3925 KAMEHAMEHA RD PRINCEVILLE, HI 96722 LLC, a Hawaii limited liability corporation,<br><br>Defendants. | No. 19-15175<br><br>D.C. No. 1:17-cv-00297-DKW-RLP<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Derrick Kahala Watson, District Judge, Presiding

Submitted March 3, 2020[*]

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Before:    MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Defendant-Appellant Nathan Jon Lewis appeals pro se from the district court's judgment in this diversity action brought by The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 ("BONY"), arising from defendants' actions which have clouded BONY's title to real property and interfered with its property rights. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Lewis fails to address grounds for summary judgment on BONY's claims and has therefore waived his challenge to the district court's summary judgment order. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (matters not specifically and distinctly raised and argued in the opening brief are waived).

Lewis argues on appeal that BONY lacked authority to act because it was not registered to do business in Hawaii. However, Lewis waived this argument by failing to raise it in opposition to BONY's summary judgment motion. *See Smith*

---

**    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

19-15175

*v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) (explaining that an appellate court will not consider issues not properly raised before the district court).

**AFFIRMED.**